**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Manuel NAJERA–GANDARA,**
**Defendant–Appellant.**

**No. 10–50991**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Alberto Manuel Ramon, Esq., Law Office of Alberto M. Ramon, Eagle Pass, TX, for Defendant–Appellant.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

Jose Manuel Najera–Gandara (Najera), represented by appointed attorney Alberto M. Ramon, appeals from his conviction for illegal reentry after deportation. He contends solely that he received ineffective assistance of counsel.

The record is not sufficiently developed to permit direct review of Najera's ineffective assistance of counsel claims. *See United States v. Bounds,* 943 F.2d 541, 544 (5th Cir.1991). Therefore, Najera's appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2. Attorney Ramon is WARNED that he "ha[s] no duty to bring frivolous appeals; the opposite is true[,]" *United States v. Burleson,* 22 F.3d 93, 95 (5th Cir.1994), and that frivolous appeals in the future may subject counsel to sanctions.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.